AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>NOAH JACKSON<br><br>*Defendant* | ) ) ) ) ) ) | Case No. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **NOAH JACKSON**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year
18 U.S.C. § 922(o) - Unlawful Possession of a Machine Gun
FORFEITURE:
18 U.S.C. § 924(d):
21 U.S.C. § 853(a),(p) and
28 U.S.C. § 2461(c)

Date: 02/21/2023

*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/03/2023, and the person was arrested on *(date)* 3/03/2023
at *(city and state)* Washington DC

Date: 3/03/2023

*Arresting officer's signature*

Alex Adkins   OUSM
*Printed name and title*